1  **Christian De Olivas**
2  CalBarNo. 249608
   De Olivas Law Firm, APLC
3  200 N. Bradford Ave., Suite L
   Placentia, CA 92870
4  Telephone: (714) 646-3314
   Facsimile:  (714) 646-3421



FILED
DEC - 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 307-mj-02731-AJB-1 |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| MARIA A RICO | |
| Defendant | |

_MARIA A. Rico_ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, _ZANDRA LOPEZ_.

DATED: _11/26/07_     _____
                                     DEFENDANT

I consent to the above substitution.

DATED: _12/6/07_     _____
                                     PRESENT ATTORNEY

//

1    307-mj-02731
                                                CASE NO.

| | |
|---|---|
| 1 | I am duly admitted to practice in this district. |
| 2 | I accept the above substitution. |

DATED: 11/27/07            _____
                                              NEW ATTORNEY

Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE COURT.

APPROVED: _____

DATED: 12/6/07             _____
                                              UNITED STATES DISTRICT COURT
                                                             MAGISTRATE

2    307-mj-02731
                    CASE NO.